PROB 12C
(6/16)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2023

SEAN F. McAVOY, CLERK

Report Date: August 17, 2023

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Casey Earl Hallman | Case Number: 0980 2:14CR00146-RMP-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇▇ Spokane, Washington 99217 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 23, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924(a)(2) | | |
| Original Sentence: | Prison - 60 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | May 26, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | May 25, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/15/2023.

On May 26, 2023, the offender's conditions of supervision were reviewed with him and he signed his conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Hallman is alleged to have violated mandatory condition number 3 by ingesting methamphetamine, cocaine, and marijuana on a multitude of occasions between the dates of August 8 and 15, 2023, based on both urinalysis testing and the client's admission of such use. |
| | Specifically, on August 15, 2023, the undersigned officer received a text message from the client who advised he had reported to the U.S. Probation Office, but had done so in proximity to 5 p.m., and as a result he was not granted access to the building. The client indicated he subsequently intended to report to Pioneer Human Services for urinalysis testing on the day in question as it was his assigned day to test. |

Prob12C
Re: Hallman, Casey Earl
**August 17, 2023**
Page 2

On August 15, 2023, Mr. Hallman reported to Pioneer Human Services and did submit to urinalysis testing, the result of which proved presumptive positive for amphetamine, methamphetamine, marijuana, and cocaine. Mr. Hallman signed a drug use admission form admitting to his illegal use of those controlled substances as previously identified and as occurring most recently on or about August 14, 2023.

On August 16, 2023, Mr. Hallman reported to the U.S. Probation Office in Spokane, after ongoing discussion with the undersigned officer as to his requirement to do so. As a part of dialogue, Mr. Hallman admitted to having previously ingested methamphetamine, cocaine, and marijuana after running out of previously prescribed mental health medication on or about August 6, 2023.

Mr. Hallman clarified and admitted to previously using cocaine on a daily basis on or about August 8 through 12, 2023, methamphetamine as previously occurring on or about August 10 and 11, 2023, and marijuana sporadically during this time period. Of specific concern, Mr. Hallman indicated that he had previously secured additional mental health medication on or about August 10, 2023, although it is noted that based on his own admission, he continued to use all three aforementioned illicit substances until at least August 11, 2023, and both marijuana and cocaine potentially beyond that date.

5    **Standard Condition #1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: Mr. Hallman is alleged to have violated standard condition number 1 by traveling to the District of Idaho, on or about Monday, August 14, 2023, without the approval of the undersigned officer.

Specifically, on August 16, 2023, Mr. Hallman reported to the U.S. Probation Office as directed by the undersigned officer. As a part of dialogue, Mr. Hallman admitted to previous travel to Silverwood Theme Park in Idaho, on or about Monday, August 14, 2023, for his son's birthday. Mr. Hallman was confronted as to the conduct, and he indicated that he had done so with the belief that the area was within the Eastern District of Washington. Mr. Hallman was informed that it was not and that out of district travel would not have been approved given his current noncompliance.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    August 17, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Hallman, Casey Earl
August 17, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

8/17/2023
Date