PROB 12C
(6/16)

Report Date: October 13, 2023

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 13, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Casey Earl Hallman | Case Number: 0980 2:14CR00146-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, WA 99217 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: March 23, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924(a)(2) | | |
| Original Sentence: | Prison - 60 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | May 26, 2023 |
| Defense Attorney: | Carter Liam Power Beggs | Date Supervision Expires: | May 25, 2026 |

## PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/15/2023, and 08/17/2023.

On May 26, 2023, the offender's conditions of supervision were reviewed with him and he signed his conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Hallman is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on October 7, 8, and 9, 2023, based on both urinalysis testing and the client's admission of such use. |
| | Specifically, on October 11, 2023, the undersigned officer received collateral information from the client's then girlfriend and sponsor who indicated that the client had decompensated in recent days, and as a result, she was concerned about him and could no longer have him in her home. The undersigned officer was subsequently able to make contact with Mr. Hallman, who was directed to report to the U.S. Probation Office on the day in question. Mr. Hallman stated maintained sobriety, but reaffirmed that he and his former girlfriend had separated. |

Prob12C
Re: Hallman, Casey Earl
October 13, 2023
Page 2

Mr. Hallman subsequently reported as directed, and while he again initially sought to reassure this officer of his sobriety, he ultimately admitted, just prior to testing, that he had in fact relapsed on methamphetamine, initially occurring on one occasion on October 7, 2023, and then occurring again on both October 8 and 9, 2023, clarifying that he used on one occasion each day. Mr. Hallman proceeded to provide a urinalysis sample for testing that tested as presumptive positive for both methamphetamine and amphetamine, and subsequently signed a drug use admission form serving to document his admitted use of methamphetamine.

7      **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

**Supporting Evidence**: Mr. Hallman is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on October 12, 2023, based on the client's admission of such use.

Specifically, on October 11, 2023, during Mr. Hallman's previous report to the U.S. Probation Office, he was directed to report again on October 13, 2023, at 11a.m., for additional urinalysis testing in an effort to confirm the client's sobriety. On October 13, 2023, Mr. Hallman was contacted telephonically through text messaging, following his failure to report at 11 a.m. as previously directed. During dialogue, Mr. Hallman indicated his having used methamphetamine most recently on October 12, 2023. Mr. Hallman further admitted that he had failed to report as directed, and stated, "I don't see myself being successful this go around," and "the psychological issues I'm having will not allow me to even conceive joy." Mr. Hallman further indicated that he would be unable to maintain his sobriety in his current capacity.

The U.S. Probation Office respectfully recommends the Court **issue a WARRANT** and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 13, 2023

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
Re: Hallman, Casey Earl
October 13, 2023
Page 3

THE COURT ORDERS

- [ ]  No Action
- [X] The Issuance of a Warrant
- [ ]  The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]  Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ]  Other

*Rosanna Malory Peterson*

Signature of Judicial Officer

10/13/2023

Date