PROB 12C
(6/16)

Report Date: May 31, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Casey Earl Hallman      Case Number: 0980 2:14CR00146-TOR-1

Address of Offender: Homeless

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 23, 2016

| | |
|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924(a)(2) |
| Original Sentence: | Prison - 60 Months; TSR - 36 Months |

| | | | |
|---|---|---|---|
| | | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | May 26, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | May 25, 2026 |

### PETITIONING THE COURT

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/15/2023, 08/17/2023, and 10/13/2023.

On May 26, 2023, the offender's conditions of supervision were reviewed with him and he signed his conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition #3**: The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Hallman is alleged to have violated mandatory condition number 3 by ingesting methamphetamine on a daily basis, beginning on or about May 24, 2024, and ending May 30, 2024, with the exception of May 27, 2024, based on his own admission. |
| | Specifically, on May 29, 2024, the undersigned officer left a voice mail and sent a text message to Mr. Hallman directing him to contact the undersigned officer as soon as possible and to report to the U.S. Probation Office no later than 3 p.m. on the day in question. Mr. Hallman failed to report as directed. At 4:56 p.m., Mr. Hallman contacted the undersigned officer telephonically, indicating that he had just woken up, and disclosed, among other |

Prob12C
Re: Hallman, Casey Earl
May 31, 2024
Page 2

things, that he had relapsed on methamphetamine approximately 4-5 days ago. Mr. Hallman was directed to report to the U.S. Probation Office on May 30, 2024, at 10 a.m., to which he committed. Mr. Hallman again failed to report as directed. At 3:21 p.m., Mr. Hallman contacted the undersigned officer telephonically and advised that he had become confused on the time he had been directed to report, and thought this officer had directed him to report at 3 p.m. Mr. Hallman admitted this time initially relapsing on methamphetamine approximately 7-8 days ago, and to then using on a "couple of occasions" over the last few days. Mr. Hallman was directed to report to the U.S. Probation Office for urinalysis testing.

On May 30, 2024, at 4:30 p.m., Mr. Hallman reported as directed, but proved unable to provide a urinalysis sample as directed. Mr. Hallman this time indicated that he had used methamphetamine on a near daily basis beginning on May 24, 2024, stating that he had last ingested methamphetamine on the day in question, having "drank" the substance. Mr. Hallman was adamant however that he did not use on May 27, 2024, but reaffirmed he had otherwise used daily since May 24, 2024. Mr. Hallman did sign a drug use admission form serving to document the admission. During Mr. Hallman's report to the U.S. Probation Office, he was described by officers as extremely jittery, anxious and unable to keep his train of thought.

| | |
|---|---|
| 9 | **Standard Condition #2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |

**Supporting Evidence**: Mr. Hallman is alleged to have violated standard condition number 2 by failing to report to the U.S. Probation Office in Spokane, as directed on both May 29, and the time directed on May 30, 2024.

Specifically, on May 29, 2024, the undersigned officer received collateral information that Mr. Hallman may not be in compliance with those conditions as previously imposed by the Court. On the day in question, at 9:23 a.m., the undersigned officer left a voice mail and sent a text message to Mr. Hallman directing him to contact the undersigned officer as soon as possible, and to report to the U.S. Probation Office no later than 3 p.m. Mr. Hallman failed to report as directed and at 4:56 p.m., contacted the undersigned officer telephonically to advise that he had just woken up. Mr. Hallman admitted to recent job loss and being kicked out of previously approved residency, as well as relapse occurring 4-5 days ago. Mr. Hallman was directed to report to the U.S. Probation Office on May 30, 2024, at 10 a.m., to which he committed.

On May 30, 2024, Mr. Hallman again failed to report as directed, and at 10:49 a.m., he was again left a voice mail and sent a text message expressing significant concern, and directing him to report by 12 p.m. At 3:21 p.m., Mr. Hallman contacted the undersigned officer telephonically and advised that he thought the undersigned officer had directed him to report to the U.S. Probation Office at 3 p.m. When advised that he had been directed to report at 10 a.m., Mr. Hallman responded that he "must have missed that part." Mr. Hallman did subsequently report to the U.S. Probation Office on the day in question at 4:30 p.m. for the purpose of urinalysis testing, but ultimately proved unable to submit a sample. Mr. Hallman did admit to near daily use of methamphetamine occurring since May 24, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court **issue a WARRANT**.

Prob12C
Re: Hallman, Casey Earl
May 31, 2024
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 31, 2024

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Thomas O. Rice
United States District Judge
May 31, 2024
Date