PROB 12C
(6/16)

Report Date: July 15, 2024

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2024

SEAN F. MCAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Casey Earl Hallman                    Case Number: 0980 2:14CR00146-TOR-1

Address of Offender: ███████████████  Spokane, Washington 99201

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 23, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924(a)(2) | | |
| Original Sentence: | Prison - 60 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Timothy John Ohms | Date Supervision Commenced: | May 26, 2023 |
| Defense Attorney: | Carter Liam Powers Beggs | Date Supervision Expires: | May 25, 2026 |

**PETITIONING THE COURT**

To **issue a WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 08/15/2023, 08/17/2023, 10/13/2023, 05/31/2024, and 06/20/2024.

On May 26, 2023, Mr. Casey Hallman signed his conditions relative to case number 2:14CR00146-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition #2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Hallman is alleged to have violated mandatory condition number 2, by being arrested on July 14, 2024, for Second Degree Criminal Trespass, in violation of R.C.W. 9A.52.080, a misdemeanor, and three counts of Second Degree Vehicle Prowling, in violation of R.C.W. 9A.52.100, a Gross Misdemeanor. |
| | Specifically, on July 14, 2024, the undersigned officer received two voice mails from Mr. Hallman requesting contact. While Mr. Hallman's second voice mail only sought contact, his first voice mail briefly described difficulty with a neighbor, stating that his neighbor was "having issues all the way around." Later that day, the undersigned officer received notification that Mr. Hallman had been booked into the Spokane County Jail for those offenses as outlined herein. |

Prob12C
Re: Hallman, Casey Earl
July 15, 2024
Page 2

On July 15, 2024, the police report was received in reference to case number 2024-20140670, describing the events leading up to Mr. Hallman's arrest. According to the report, on July 14, 2024, law enforcement responded to a report of a vehicle prowler in the area of 1200 East Montgomery in Spokane, with several callers describing a male, fitting the description of Mr. Hallman, being observed "trying several door handles" in effort to access vehicles. Upon responding to the area, law enforcement located Mr. Hallman, who met the description of the suspect provided, and who was observed by law enforcement to be looking into a window. Upon seeing law enforcement, Mr. Hallman was then observed walking over to a black F-150, which he then tried to open the driver side door.

Mr. Hallman was contacted by law enforcement and directed to have a seat on the ground, which he complied. Mr. Hallman indicated that he was returning home from a party and "looking for a ride home." The contacting officer also documented several indicators consistent with methamphetamine use, to include Mr. Hallman making nonsensical statements, talking to himself between officer questions, and him having a hard time "sitting still."

The owner of the black F-150 was contacted and stated that he did not know Mr. Hallman and had not given him permission to enter his vehicle or his yard. The homeowner further clarified that he only ever opens his gate inward, and since it was outward, he believed that Mr. Hallman had entered his backyard. The homeowner's gate was identified as being next to the window that Mr. Hallman had been peering into upon law enforcement's arrival. The officer determined that probable cause existed to arrest Mr. Hallman for both trespassing in and attempted vehicle prowling. Following Mr. Hallman's arrest, officers were able to make contact with several of the original reporting community members, and subsequently established probable cause for two additional counts of attempted vehicle prowling.

Mr. Hallman does not yet show a current court date following his recent arrest.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and the Court **issue a WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 15, 2024

s/Chris S. Heinen

Chris S. Heinen
U.S. Probation Officer

Prob12C
Re: Hallman, Casey Earl
July 15, 2024
Page 3

### THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[X]  Other: *The Supervised Release Revocation hearing scheduled for 7/31/2024 remains set.*

Thomas O. Rice
United States District Judge

July 17, 2024
Date